UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-67M-MPT |
| | : | |
| Juan Melgar Cortez | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher Koyste, Esquire as attorney on behalf of Defendant, Juan Melgar Cortez, in the above-captioned matter.

   /s/ Penny Marshall
PENNY MARSHALL, ESQUIRE


/s/ Christopher Koyste
CHRISTOPHER KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
Attorney for Defendant Juan Melgar Cortez

DATED:  May 22, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Juan Melgar Cortez hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on May 22, 2006, to:

**Christopher J. Burke**
Assistant U.S. Attorney
Chase Manhattan Centre
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, Delaware  19899-2046

  /s/ Christopher Koyste
CHRISTOPHER KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
Attorney for Defendant Juan Melgar Cortez

DATED:  May 22, 2006