AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JUAN MELGAR CORTEZ

**WARRANT FOR ARREST**

CASE NUMBER:   06- 67 M

**To: The United States Marshal
and any Authorized United States Officer**

   **YOU ARE HEREBY COMMANDED** to arrest Juan Melgar Cortez, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

being an alien and subject of El Salvador who had been deported from the United States on August 9, 2002, being found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission,

in violation of Title __8__ United States Code, Section (s) __1326(a)_____.

**Honorable Mary Pat Thynge**
Name of Issuing Officer

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

May 18, 2006     Wilmington, Delaware
Date and Location

**Bail fixed at $** _____

by _____
Name of Judicial Officer

**FILED**
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  Juan Melgar Cortez | | |
| DATE RECEIVED  5-18-06 | NAME AND TITLE OF ARRESTING OFFICER  William David  DUSM | SIGNATURE OF ARRESTING OFFICER  William David |
| DATE OF ARREST  5-18-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Juan Melgar Cortez _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:  BICE, Special Agent Bill Horn

_____